# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**CURTIS LAMARIO ANDERSON,** )
)
      **Plaintiff ,** )
)
v. )    **Case No.  7:08-cv-01222-VEH-JEO**
)
**WARDEN CHERYL PRICE,** *et al.***,** )
)
      **Defendants.** )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 15, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was advised that he may file specific written objections to the report within fifteen days, no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

**DONE** this the 9th day of February, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge